SWAILS *v.* THE STATE.—In error.

*Wednesday, January 1, 1845.*

EVIDENCE that the defendant had beaten *Catharine Swails*, will not support an indictment for an assault and battery on *Ratharine Swails*.

---

THE STATE *v.* HENSLEY.—In error.

*Wednesday, January 1, 1845.*

THE illegal selection of the grand jurors is no cause for quashing an indictment on motion. *Bellair* v. *The State*, 6 Blackf. 104.